**Hunter R. LEVI, Appellant,**

v.

**ANHEUSER–BUSCH COMPANIES, INC.; August Busch; Mark Bobak; Joseph Sellinger; John Jacob; Patrick Stokes; Michael Harding; Steven Busch; Randolph Baker; August Busch, IV; Sabrina Wrenn; Jeff Pitts, and others; Andrew Taylor; Douglas Warner; Carlos Fernandez; Charles Knight; Vilma Martinez; Vernon Loucks; Joyce Roche; James Jones; James Forsee; Henry Hugh Shelton; Edward Whitacre; Richard Gephardt; James Hoffa; Winston & Strawn; Aerotek, Inc., and others, Appellees.**

No. 08–3820.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2009.

Filed: Jan. 14, 2010.

Hunter R. Levi, Overland Park, KS, for Appellant.

Robert Hoffman, Robert M. Thompson, Bryan & Cave, Paul E. Donnelly, David P.

Waddilove, Stinson & Morrison, Kansas City, MO, William E. Corum, Julianne P. Story, Husch & Blackwell, Kansas City, MO, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Hunter Levi appeals the district court's [1] dismissal of a civil action he brought based on diversity jurisdiction, asserting wrongful termination and other claims. Upon de novo review, *see Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir.), *cert. denied*, —— U.S. ——, 129 S.Ct. 222, 172 L.Ed.2d 142 (2008), we find no basis for reversal. We also conclude that there is no merit to Levi's assertion that the district court had a conflict of interest. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.